JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FAE ALEXANDER, ) | Case No.  1:19-CV-01208-SKO |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to May 11 for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to a backlog in Plaintiff's counsel's workload.

**Alexander v. Saul**                      Stipulation and Order           E.D. Cal. 1:19-cv-01208-SKO

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 15, 2020                         JACQUELINE A. FORSLUND
                                             Attorney at Law


                                             */s/Jacqueline A. Forslund*
                                             JACQUELINE A. FORSLUND

                                             Attorney for Plaintiff


Date: April 15, 2020                         MCGREGOR W. SCOTT
                                             United States Attorney
                                             DEBORAH STACHEL
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                                             */s/Marcelo Illarmo*
                                             MARCELO ILLARMO
                                             Special Assistant United States Attorney
                                             *By email authorization

                                             Attorney for Defendant

### ORDER

Pursuant to the parties' above stipulation, (Doc. 13), for good cause shown, Plaintiff shall file her opening brief by no later than May 11, 2020.  All other deadlines in the scheduling order are modified accordingly.


IT IS SO ORDERED.

Dated:   **April 17, 2020**                          /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE


**Alexander v. Saul**            Stipulation and Order            E.D. Cal. 1:19-cv-01208-SKO