JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TARA FAE ALEXANDER, | ) | Case No.  1:19-CV-01208-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | Doc. 15 |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 10 Days to May 21 for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to the fact that Plaintiff's counsel has not yet had the opportunity to address the evidence in this case and requires some additional time.

1    The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                    Respectfully submitted,

Date: May 8, 2020              JACQUELINE A. FORSLUND
                               Attorney at Law


                               */s/Jacqueline A. Forslund*
                               JACQUELINE A. FORSLUND

                               Attorney for Plaintiff


Date: May 8, 2020              MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/Marcelo Illarmo*
                               MARCELO ILLARMO
                               Special Assistant United States Attorney
                               *By email authorization

                               Attorney for Defendant

## ORDER

Based on the parties' above-stipulation (Doc. 15), and for good cause shown under Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including May 21, 2020, to serve her Confidential Letter Brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

1   IT IS SO ORDERED.

2   Dated:  __**May 12, 2020**__                    _____ /s/ _Sheila K. Oberto_ _____

3                                                          UNITED STATES MAGISTRATE JUDGE